IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK HALTIWANGER                                                                                      PLAINTIFF

v.                                                      No. 5:03CV00432 GH

LARRY NORRIS, ET AL.                                                                                  DEFENDANTS

**ORDER**

On May 9th, the Magistrate Judge filed amended findings and recommended partial disposition ("PRD"). The counsel who was then representing plaintiff filed objections on May 20th that the PRD would deny plaintiff an opportunity to have his case heard in its entirety and that pleadings that plaintiff wished to file posed ethical problems for counsel so that counsel should be relieved.

That counsel filed an ex parte renewed motion to be relieved as counsel which was granted by June 8th order of the Magistrate Judge that also appointed substitute counsel. In light of the June 8th order appointing substitute counsel for plaintiff, the Court filed an order on June 17th permitting new counsel 30 days in which to supplement the May 20th objection. No further objections have been filed.

After carefully considering plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the May 9th proposed findings and recommended disposition (#102) should be, and it is hereby, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED that:

-1-

1) Plaintiff be allowed to proceed with his claim of denial of forty-eight hour respite from punitive isolation against defendant Manus;

2) Plaintiff be allowed to proceed with his claims that defendants Carroll, Rochelle, Scott, Brown, Toney, Banks, Greenway, Brewer, Compton, and Hobbs had subjected him to punitive isolation without due process of law by keeping him in punitive insolation for almost two months after he had completed serving his duly-imposed punitive sentences. The docket should be corrected to reflect that these defendants are still party defendants in this action and that these claims against them have not been terminated; and

3) The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an *in forma pauperis* appeal from any order adopting these recommendations would not be taken in good faith.

The Court is also persuaded, after its review of the record, that the parties would benefit from this case being referred to the Magistrate Judge for a settlement conference and so the Court requests the Magistrate Judge to conduct such a settlement conference.

IT IS SO ORDERED this 24th day of August, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE